IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| GEORGE L. MOTHERSHED, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-18-687-D |
| STATE OF OKLAHOMA, *ex rel.* Justices of the Oklahoma Supreme Court and Judges of the Court of Civil Appeals of the State of Oklahoma, | ) | |
| Defendants. | ) | |

## **ORDER**

Before the Court is Plaintiff George L. Mothershed's Affidavit and Petition to Proceed Pro Se [Doc. No. 3]. Plaintiff, who is an attorney, is subject to filing restrictions previously imposed in *Mothershed v. State of Oklahoma ex rel. Oklahoma Bar Association*, Case No. CIV-13-435-C (W.D. Okla. Dec. 20, 2013), *aff'd*, No. 14-6044 (10th Cir. July 1, 2014) (hereafter "Order"). His filing is designed to satisfy the requirements of the Order to bring a new action without counsel. With the filing, Plaintiff has also filed a Complaint for Declaratory and Injunctive Relief [Doc. No. 1] and three motions.

With minor exceptions, Plaintiff's papers are identical to ones previously filed in *Mothershed v. State of Okla. ex rel. Justices of Okla. Supreme Court*, Case No. CIV-18-516-D and Case No. CIV-18-596-D. Specifically, the Affidavit and Petition to Proceed Pro Se is identical to the one filed in the second case referenced above, and the Complaint is nearly identical to an amended pleading that was stricken from the record in that case. *See Mothershed*, Case No. CIV-18-596-D, Aff. & Pet. Proceed Pro Se [Doc. No. 3]; First

Am. Compl. [Doc. No. 8]. Like the prior cases, Plaintiff proposes to sue justices of the Oklahoma Supreme Court and certain judges of the Oklahoma Court of Civil Appeals under 42 U.S.C. § 1983, and to invalidate Rule 1.36(g) of the Oklahoma Supreme Court Rules and all proceedings in an unsuccessful state court appeal. *See Apache Corp. v. Mothershed*, Case No. 115,367 (Okla. Civ. App. Jan. 20, 2017), *cert. denied*, Order (Okla. Sept. 25, 2017), *cert. denied*, 138 S. Ct. 675 (Jan 8, 2018). For reasons previously stated, the Court finds that Plaintiff should not be authorized to bring his proposed case without counsel. *See Mothershed*, Case No. CIV-18-596-D, Order of June 27, 2018 [Doc. No. 7] and Order of July 9, 2018 [Doc. No. 10].

IT IS THEREFORE ORDERED that Plaintiff's Petition to Proceed Pro Se [Doc. No. 3] is DENIED and the Complaint for Declaratory and Injunctive Relief [Doc. No. 1], which was provisionally filed by the Clerk, is DISMISSED without prejudice.

IT IS FURTHER ORDERED that Plaintiff's Motion to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2], Plaintiff's Motion for Preliminary Injunction and Declaratory Relief [Doc. No. 4], and Plaintiff's Application for an Order to Defendants to Show Cause Why His Pending Motion for Injunction and Declaratory Relief Should Not Be Granted [Doc. No. 5] are DENIED as moot.

IT IS SO ORDERED this 31st day of July, 2018.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE